

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-18-00121-CV

John M. **DONOHUE**,
Appellant

v.

**LAW OFFICES OF ROSS A. RODRIGUEZ**, Ross A Rodriguez Attorney at Law, William T. Reece, Attorney,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-09123
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

After one of the court reporters in this matter filed a notification of late record stating that appellant had failed to request or designate the portion or portions of the reporter's record he wishes to be filed in the appellate court for purposes of appeal, we ordered appellant, John Donohue, to advise court reporter, Kayleen Rivera, in writing on or before Monday, March 26, 2018, that he desires that she prepare a reporter's record and the portions he wants prepared and filed in this court. We further ordered appellant to file a copy of his request to the court reporter in this court on or before Monday, March 26, 2018. We noted that appellant has filed in the trial court a statement of inability to pay costs, i.e., costs for the clerk's and reporter's record. The staff attorney for the Bexar County District Courts, Dinah Gaines, has advised the clerk's office of this court that she does not intend to challenge the statement of inability filed by appellant.

In response to our order, appellant filed a "Request for Court Reporter's Record" in this court. However, he failed to provide the request to the court reporter, requiring this court to forward the request to the reporter. In his request, appellant generically requests "all hearings, including dismissal court, if any" in the trial court cause number. He did not provide the reporter with any hearing dates. In response, the court reporter filed a second notification of late record stating that in order to comply with appellant's request, she needs "the specific dates of any records he might need." Accordingly, we ordered appellant to provide court reporter Kayleen Rivera with the specific dates of any and all hearings or trial dates that he desires to have the reporter prepare and filed in this court. We ordered appellant to provide this information *to the court reporter* in writing on or before April 2, 2018. We further ordered appellant to file in this

court, on or before April 2, 2018, a copy of any document he provided to the court reporter that has the dates of any hearings or trial dates requested.

On April 5, 2018, appellant filed a document in this court in which he designated the portions of the reporter's record he desires to be filed in this court by reporters Kayleen Rivera and Letitia Moncivais. It is unclear from the document whether it was also served on the reporters. Accordingly, we **ORDER** the clerk of this court to forward a copy of the document filed by appellant in this court on April 5, 2018, to reporters Kayleen Rivera and Letitia Moncivais. We **ORDER** court reporters Kayleen Rivera and Leticia Moncivais to file the portions of the record designated by appellant in this court on or before **May 11, 2018.**

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, the court reporters, appellant, and counsel for appellee.

_____
Marialyn Barnard, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court